**1514 PECK vs. BOARD OF SUPERVISORS (Kent), 47 M., 477.**

To compel payment of a claim against the county.

Denied January 18, 1882.

Relator, as sheriff, without authority from the board, employed a night-watchman at the jail, and the claim is made for moneys paid to the watchman and for his board. He also hired an office for himself, claiming that the one provided by the county was wholly insufficient and unsuitable, and also that his claim was sanctioned by a committee of the board.

Held, that respecting such claims the board is vested, by the Constitution, with exclusive control and mandamus will not lie.

**1515 VIDETO vs. BOARD OF SUPERVISORS (Jackson), 31 M., 115.**

To compel an allowance of an attorney fee of ten dollars for attending a prosecution before a justice of the peace, under the prohibitory liquor law, in a case where the prosecution was instituted by a private citizen; the attorney was not the prosecuting attorney and the supervisors had prescribed no rule in advance, but had after the service had been rendered allowed relator two dollars and refused to allow any more.

Denied January 12, 1875.